IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT MILLER,

    Plaintiff,                               No. CIV S-09-1599 LKK KJM PS

    vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al.,

    Defendants.                          ORDER

/

        Defendants' motion to dismiss came on regularly for hearing August 19, 2009. Plaintiff appeared in propria persona. Tuyet Tran appeared telephonically for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. Plaintiff may amend the complaint once as a matter of right under Federal Rule of Civil Procedure 15. The Clerk of Court is directed to strike the word "proposed" from docket entry number 10. This action shall proceed on the first amended complaint filed August 7, 2009.

/////

/////

2. Defendants' motion to dismiss (docket no. 5) is denied as moot in light of the filing of the amended complaint.

DATED: August 24, 2009.

_____
U.S. MAGISTRATE JUDGE

006
miller-mers.oah